IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK RENALDO LOWE,

                Plaintiff,                                ORDER

      v.                                            06-C-680-C

DR. KAPLAN, NURSE DAN,
and MARY JO SCHMITT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has filed a letter dated October 29, 2007, that I construe as a motion for extension of time to authenticate or notarize his exhibits. It appears this motion crossed in the mail with the court's order of November 5, 2007, in which plaintiff was granted an extension until November 19, 2007 to submit an amended affidavit that contains authenticated copies of exhibits #31, 32 and 33. Accordingly, IT IS ORDERED that plaintiff's motion for extension of time to authenticate or notarize exhibits is DENIED AS

1

MOOT.

    Entered this 13th day of November, 2007.

                                               BY THE COURT:
                                               /s/
                                             BARBARA B. CRABB
                                             District Judge