# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MARK RENALDO LOWE,

        Plaintiff,

  v.

WARDEN LARRY JENKINS, MICHAEL DITTMAN,
DR. HORN, DR. KAPLAN, NURSE DAN,
SGT. BHAMANN, WILLIAM McCREEDY,
HAYLEY PUCKER, JAMES LaBELLE,
JOHN RAY and RICK RAEMISCH,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 06-cv-680-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel                 2/20/08
_____   _____
by Deputy Clerk                 Date