IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK RENALDO LOWE,

                                ORDER

                Plaintiff,

                         06-cv-680-bbc

      v.

ROMAN KAPLAN, DAN KLOTZBACH
and MARY JO SCHMITT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered in this case on April 10, 2008, I concluded that plaintiff qualifies

for indigent status on appeal.  I gave him until April 25, 2008, in which to submit $18.87

as an initial partial payment of the $455 fee for filing his appeal.  The court has not received

plaintiff's payment.  Instead, plaintiff has filed correspondence dated April 25 in which he

states that he received a sealed envelope from the court with nothing inside.  Although it is

not entirely clear why plaintiff might have received an empty envelope from this court, I will

assume there was an administrative glitch in sending him the April 10 order.  Therefore, I

am enclosing a copy of the April 10 order to plaintiff with his copy of this order and

extending the deadline for him to submit a check or money order in the amount $18.87 as

1

payment of the initial partial filing fee.

ORDER

IT IS ORDERED that plaintiff Lowe may have until May 15, 2008, in which to submit a check or money order made payable to the clerk of court in the amount of $18.87 as an initial partial payment of the fee for filing his appeal.  The remainder of the $455 fee must be paid in monthly installments according to 28 U.S.C. § 1915(b)(2).

If, by May 15, 2008, plaintiff fails to pay the initial partial payment, I will notify the court of appeals so that it may take whatever action it deems appropriate with respect to this appeal.

Entered this 5th day of May, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge